IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERRI MURPHY,                          6:12-CV-01127-BR

      Plaintiff,                        JUDGMENT

v.

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration[1],

      Defendant.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case.  No further action need be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405.

1 - JUDGMENT

**RORY LINERUD**
P. O. Box 1105
Salem, OR 97308
(503) 587-8776

       Attorney for Plaintiff

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003

**DAVID MORADO**
Regional Chief Counsel
**FRANCO L. BECIA**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104
(206) 615-2733

       Attorneys for Defendant


**BROWN, Judge.**

    The decision of the Commissioner is **AFFIRMED**.  This action

is **DISMISSED**.

    IT IS SO ORDERED.

    DATED this 31st day of May, 2013.

                /s/ Anna J. Brown

                _____
                ANNA J. BROWN
                United States District Judge


2 - JUDGMENT